## IN THE UNITED STATES DISTRICT COURT FOR

## THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED SAMY, an individual,<br><br>                    Plaintiff,<br>v.<br><br>ENHANCED ATHLETE INC., a Nevada Corporation,<br><br>                    Defendant. | Case No.: 2:23-cv-01094-JDP |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Plaintiff and Defendant's Stipulated Motion to Dismiss with Prejudice Plaintiff's claims against the Defendant. The Court finds that the Plaintiff's claims against Defendant should be dismissed with prejudice.

NOW, THEREFORE, IT IS ORDERED the Plaintiff's claims against Defendant are hereby DISMISSED WITH PREJUDICE. Each party to pay their own costs.

IT IS SO ORDERED.

Dated:    February 20, 2025    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE